# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WATER EXTRACTION TEAM LLC** a/a/o **JOSEPH DINO,**
Appellant,

v.

**HERITAGE PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-398

[March 10, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni Bryson, Judge; L.T. Case Nos. 50-2019-CC-009149-XXXX-SB and 50-2020-AP-000043-CAXX-MB.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, and Rina Feld of the Law Offices of Rina Feld, Boca Raton, for appellant.

Daniel M. Schwarz and Kara Rockenbach Link of Link & Rockenbach, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Restoration 1 of Port St. Lucie v. Ark Royal Ins. Co.*, 255 So. 3d 344 (Fla. 4th DCA 2018); *Llano Fin. Grp., LLC v. Yespy*, 228 So. 3d 108 (Fla. 4th DCA 2017).

LEVINE, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***